IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELIZABETH ANN HOLLOWAY,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| vs. } | Case No.: 2:12-CV-2216-TMP |
| } | |
| **AMERICAN MEDIA INC., et al.,** } | ** UNOPPOSED ** |
| } | |
| **Defendants.** } | |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND TO SET BRIEFING SCHEDULE

Defendants American Media Inc. and The National Enquirer Inc. ("Defendants") respectfully request that the Court extend their responsive deadline until Friday, August 17, 2012. In further support, Defendants state as follows:

1. On Wednesday, June 20, 2012, Plaintiff filed this lawsuit against Defendants. On Monday, June 25, 2012, the Clerk of Court issued the summons.

2. Although the return has not yet been docketed, Defendants were served with a copy of the Complaint on or about Friday, June 29, 2012.

3. On that account, Defendants' current deadline to answer or otherwise respond is on or about Friday, July 20, 2012.

4. Defendants have recently retained the undersigned to represent them in this lawsuit. The Complaint concerns complex factual and legal issues, and additional time to prepare a responsive pleading is necessary.

1

5. Plaintiff does not object to this request; therefore, no party will be prejudiced by this extension.

6. In the event that Defendants file a motion to dismiss rather than an answer, Plaintiff has requested that her deadline to respond be set at Monday, October 1, 2012 and Defendants' reply deadline be set at Monday, October 15, 2012. Defendants have no objection to that proposal.

Accordingly, Defendants respectfully request that the Court extend their deadline to answer or otherwise respond until Monday, August 20, 2012 and, in the event that the Defendants file a motion to dismiss rather than an answer, set Plaintiff's deadline to respond to any motion to dismiss at Monday, October 1, 2012 and Defendants' reply deadline at Monday, October 15, 2012.

Respectfully submitted,

Dated: Friday, July 13, 2012

*/s/ Harlan I Prater, IV*
One of the Attorneys for Defendants

OF COUNSEL:
Harlan I. Prater, IV
*hprater@lightfootlaw.com*
John G. Thompson
*jthompson@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon the following counsel of record through the Court's electronic filing system this <u>13th</u> day of <u>July</u>, 2012:

L. Lin Wood
*lwood@whetriallaw.com*
Stacey Godfrey Evans
*sevans@whetriallaw.com*
WOOD HERNACKI & EVANS LLC
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309

Carolyn Littell Courson
*elizabeth@littell-law.com*
P.O. Box 242606
Montgomery, Alabama 36124

                                                */s/ Harlan I Prater, IV*
                                                Of Counsel