# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ELIZABETH ANN HOLLOWAY,** | } |
| **Plaintiff,** | } |
| vs. | } Case No.: 2:12-CV-2216-TMP |
| **AMERICAN MEDIA INC., et al.,** | } |
| **Defendants.** | } |

## DEFENDANTS' MOTION TO DISMISS
## AND FOR PARTIAL SUMMARY JUDGMENT

Defendants American Media, Inc. and The National Enquirer, Inc. (collectively, "AMI") hereby move this Court, pursuant to Rules 12(b)(6) and 56(c) of the Federal Rules of Civil Procedure, to dismiss plaintiff's complaint with prejudice and to enter partial summary judgment in favor of AMI. In support of this motion, AMI shows the Court the following:

1. The publications at issue report on matters of public concern, and therefore are protected by the First Amendment and Alabama law.

2. None of the statements that plaintiff claims invaded her privacy and caused her "outrage" are "of and concerning" her.

3. The conduct about which plaintiff complains – publishing articles in a newspaper – is not sufficiently "outrageous" to support plaintiff's claims.

1

4. Given the widespread publicity and speculation about the events at issue – much of it fostered by plaintiff herself – she cannot sustain her burden of proving that AMI's articles about the same events caused her extreme emotional distress.

5. Plaintiff's claims based on a publication made available to the public on June 16, 2010, are barred by the statute of limitations.

In further support of this motion, AMI relies upon its Memorandum of Law, the Declaration of Cameron Stracher and attached exhibits, and the Affidavit of Robert O'Neill and attached exhibit.

For the foregoing reasons, AMI respectfully requests that this Court dismiss plaintiff's complaint in its entirety and with prejudice pursuant to Rules 12(b)(6) and 56(c) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: Friday, August 17, 2012

*/s/ Harlan I. Prater, IV*
One of the Attorneys for Defendants

OF COUNSEL:

Lee Levine
*llevine@lskslaw.com*
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, D.C. 20036
Telephone: (202) 508-1110
Facsimile: (202) 861-9888

Harlan I. Prater, IV
*hprater@lightfootlaw.com*
John G. Thompson
*jthompson@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone:   (205) 581-0700
Facsimile:   (205) 581-0799

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon the following counsel of record through the Court's electronic filing system this 17th day of August, 2012:

L. Lin Wood
*lwood@whetriallaw.com*
Stacey Godfrey Evans
*sevans@whetriallaw.com*
WOOD HERNACKI & EVANS LLC
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309

Carolyn Littell Courson
*elizabeth@littell-law.com*
P.O. Box 242606
Montgomery, Alabama 36124

                                          */s/ Harlan I. Prater, IV*
                                          Of Counsel