IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH ANN HOLLOWAY, | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } Case No.: 2:12-CV-2216-TMP |
| | } |
| AMERICAN MEDIA INC., et al., | } |
| | } |
| Defendants. | } |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF ORDER GRANTING LEAVE TO FILE UNDER SEAL AND FOR LEAVE TO OPPOSE MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants American Media Inc. and The National Enquirer Inc. ("Defendants") respectfully request that the Court (1) reconsider its Order [Doc. #25], entered Tuesday, October 2, 2012, which granted Plaintiff Elizabeth Holloway ("Plaintiff") leave to file a second affidavit under seal and (2) give Defendants leave to respond to Plaintiff's Motion for Leave to File Second Affidavit Under Seal [Doc. #23]. In further support, Defendants state as follows:

1. On Monday, October 1, 2012, Plaintiff requested leave to file under seal a second affidavit in support of her opposition to Defendants' Motion to Dismiss and for Partial Summary Judgment. [Doc. #23].

2. According to Plaintiff, her second affidavit will "contain[] reference to an agreement and related documents from prior litigation between the parties regarding articles similar to and published prior to the three at issue in the present

action." [Doc. #23 at 2].  The referenced "agreement" could be subject to a strict confidentiality and non-disclosure provision.

3. Considering Plaintiff's intended topics, Defendants deny that the second affidavit is admissible for any purpose – whether filed under seal or otherwise.  See, e.g., FED. R. EVID. 408.  To aid the Court in that decision, additional briefing is necessary, and Defendants respectfully request an opportunity to present a full record for the Court's consideration.

Accordingly, Defendants request that the Court reconsider its prior Order [Doc. #25] and give Defendants leave to oppose Plaintiff's Motion to File Second Affidavit Under Seal [Doc. #23].

Respectfully submitted,

Dated: Tuesday, October 2, 2012                */s/ Harlan I. Prater, IV*
                                                One of the Attorneys for Defendants

OF COUNSEL:
Lee Levine
*llevine@lskslaw.com*
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, D.C. 20036
Telephone:  (202) 508-1110
Facsimile:   (202) 861-9888

Harlan I. Prater, IV
*hprater@lightfootlaw.com*
John G. Thompson
*jthompson@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC

The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone:   (205) 581-0700
Facsimile:   (205) 581-0799

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following counsel of record through the Court's electronic filing system this <u>2nd</u> day of <u>October</u>, 2012:

L. Lin Wood
*lwood@whetriallaw.com*
Stacey Godfrey Evans
*sevans@whetriallaw.com*
WOOD HERNACKI & EVANS LLC
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309

Carolyn Littell Courson
*elizabeth@littell-law.com*
P.O. Box 242606
Montgomery, Alabama 36124

*/s/ Harlan I. Prater, IV*
Of Counsel