IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ELIZABETH ANN HOLLOWAY, } | |
| } | |
| Plaintiff, } | |
| } | |
| vs. } | Case No.: 2:12-CV-2216-TMP |
| } | |
| AMERICAN MEDIA INC., et al., } | |
| } | |
| Defendants. } | |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Plaintiff Elizabeth Ann Holloway ("Holloway") and Defendants American Media Inc. and The National Enquirer Inc. ("AMI") jointly request that the Court set deadlines for briefing as detailed herein:

1. On Friday, August 17, 2012, AMI filed a Motion to Dismiss and for Partial Summary Judgment. [Doc. #16]. On Monday, October 1, 2012, Holloway filed a response. [Doc. #22]. On Monday, October 15, 2012, AMI filed its reply. [Doc. #36]. Based on the Court's earlier schedule, [Docs. #19, 27], the briefing has concluded on the Motion to Dismiss and for Partial Summary Judgment.

2. On Monday, October 1, 2012, Holloway filed a Motion to Stay Consideration of AMI's Motion for Partial Summary Judgment. [Doc. #24]. On Monday, October 15, 2012, AMI filed its response. [Doc. #36]. Holloway intends to file a reply in support of the Motion to Stay.

1

3. On Tuesday, October 16, 2012, AMI filed under seal a Motion to Strike. [Doc. #38]. Holloway and AMI believe that additional briefing – including a response from Holloway and a reply from AMI – would aid the Court's consideration of the Motion to Strike.

4. The Court has not yet set a briefing schedule on the Motion to Stay or the Motion to Strike.

Accordingly, the parties jointly request that the Court set the following deadlines for the remaining two Motions that have not been taken under submission:

(1) <u>Thursday, November 15, 2012</u>: Deadline for Holloway to file her reply in support of the Motion to Stay [Doc. #24], filed Monday, October 1, 2012;

(2) <u>Thursday, November 15, 2012</u>: Deadline for Holloway to file her response to AMI's Motion to Strike [Doc. #38], filed Tuesday, October 16, 2012.

(3) <u>Friday, November 30, 2012</u>: Deadline for AMI to file its reply in support of the Motion to Strike [Doc. #38], filed Tuesday, October 16, 2012.

Respectfully submitted,

Dated: <u>Friday, October 19, 2012</u>    */s/ Stacey Godfrey Evans* (with permission)
One of the Attorneys for Plaintiff

OF COUNSEL:
L. Lin Wood
*lwood@whetriallaw.com*

Stacey Godfrey Evans
*sevans@whetriallaw.com*
WOOD HERNACKI & EVANS LLC
1180 West Peachtree Street, Suite 2400
Atlanta, Georgia 30309

Carolyn Littell Courson
*elizabeth@littell-law.com*
P.O. Box 242606
Montgomery, Alabama 36124

                                             Respectfully submitted,

  Dated: <u>Friday, October 19, 2012</u>              */s/ Harlan I. Prater, IV*
                                              One of the Attorneys for Defendants

OF COUNSEL:
Lee Levine
*llevine@lskslaw.com*
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, D.C. 20036
Telephone:   (202) 508-1110
Facsimile:    (202) 861-9888

Rachel F. Strom
*rstrom@lskslaw.com*
LEVINE SULLIVAN KOCH & SCHULZ, LLP
321 West 44th Street, Suite 510
New York, New York 10036
Telephone:   (212) 850-6102
Facsimile:    (212) 850-6299

Harlan I. Prater, IV
*hprater@lightfootlaw.com*
John G. Thompson
*jthompson@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE LLC

The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0700
Facsimile: (205) 581-0799

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon all counsel of record through the Court's electronic filing system this <u>19th</u> day of <u>October</u>, 2012.

                                           */s/ Harlan I. Prater, IV*
                                           Of Counsel